No. 85–6474.   BUXTON v. TEXAS.   Ct. Crim. App. Tex.; and
No. 85–6773.   WISEHART v. INDIANA.   Sup. Ct. Ind.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 85–1447.   CABRIOLET PORSCHE + AUDI, INC. v. AMERICAN HONDA MOTOR CO., INC., 475 U. S. 1122;
No. 85–1509.   VINTILLA ET AL. v. UNITED STATES STEEL CORPORATION PLAN FOR EMPLOYEE PENSION BENEFITS, 475 U. S. 1141;
No. 85–5925.   BREWER v. GARNER, WARDEN, 475 U. S. 1141;
No. 85–5977.   ISLEY v. UNITED STATES, 475 U. S. 1024;
No. 85–6325.   JOHNSON v. MISSISSIPPI, *ante*, p. 1109;
No. 85–6364.   IN RE MAY, 475 U. S. 1140;
No. 85–6494.   HAKIM v. WOLVERINE PACKING CO., 475 U. S. 1142;
No. 85–6517.   IN RE FRAZIER, 475 U. S. 1139; and
No. 85–6524.   WASHINGTON v. ANGELONE, WARDEN, ET AL., *ante*, p. 1107.   Petitions for rehearing denied.

No. 85–882.   LOVSHIN v. DEPARTMENT OF THE NAVY, 475 U. S. 1111.   Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.   Petition for rehearing denied.